IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH ELVE ST. CYR,

       Petitioner,

v.                                                                                                                  4:06cv216-WS

ALBERTO GONZALES, et al.,

       Respondents.

_____

### ORDER DISMISSING PETITIONER'S PETITION
### FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed August 2, 2006. <u>See</u> Doc. 11. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as moot. The petitioner has not filed objections to the report and recommendation.

Having carefully considered the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 11) is hereby ADOPTED and incorporated by reference in this order of the court.

2.  The petitioner's petition for writ of habeas corpus (doc. 1) is hereby DISMISSED as moot.

3.  The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this   21st   day of   September  , 2006.


                      s/ William Stafford
                      WILLIAM STAFFORD
                      SENIOR UNITED STATES DISTRICT JUDGE